NUMBER 13-04-218-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
JAVIER LONG,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 319th District Court 
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, JAVIER LONG, perfected an appeal from a judgment entered by the
319th District Court of Nueces County, Texas, in cause number 03-5787-G. After the
record and briefs were filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
 
                                                                        PER CURIAM
Memorandum Opinion delivered and 
filed this the 29th day of July, 2004.